# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue, 28th Floor
New York, New York 10017
(212) 545-4000 Main
jacksonlewis.com

March 21, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Re:    Lindsay Levinson v. Lasso Marketing, Inc., and IQVIA, Inc.
No. 1:24-CV-09202-JLR**

Dear Judge Rochon:

    We represent Defendants in the above referenced matter. We write, with the consent of counsel for Plaintiff, to respectfully request an adjournment of the Initial Conference currently scheduled for April 22, 2025 at 12:00 p.m. because undersigned counsel are participating in an in-person mediation in New Jersey on that date. Pursuant to Section 1(F) of Your Honor's Individual Rules of Practice in Civil Cases: (1) the Parties request that the Initial Conference be held on April 30, 2025 or another date agreeable to Your Honor; (2-3) this is the first request for an adjournment/rescheduling; and (4) counsel for Plaintiff has consented to this request.

    Thank you for your courtesy in this regard.

Very truly yours,

*Mary A. Smith*

Mary A. Smith, Esq.
(212) 545-4002
Mary.Smith@jacksonlewis.com
Jackson Lewis P.C.


cc:    Jeremiah Iadevaia, Esq., Plaintiff's Counsel (via ECF)
       Demitrios (Jimmy) Kalomiris, Esq., Plaintiff's Counsel (via ECF)