# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue, 28th Floor
New York, New York 10017
(212) 545-4000 Main
jacksonlewis.com

*In light of Defendants' representation below that they do not oppose Plaintiff's motion to amend, Dkt. 28, the Court GRANTS that motion. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 28.*

August 5, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

*The Court will also GRANT Defendants' request for an extension of time to answer the Amended Complaint. The deadline for Defendants to answer or otherwise respond to the Amended Complaint is* **August 28, 2025.**

*Date: August 5, 2025*
*New York, New York*

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:    **Lindsay Levinson v. Lasso Marketing, Inc., and IQVIA, Inc.**
         **No. 1:24-CV-09202-JLR**

Dear Judge Rochon:

        We represent Defendants in the above-mentioned matter. We write to notify the court that Defendants will not oppose Plaintiff's Motion to Amend the Amended Complaint (ECF Nos. 28-30). The basis for Defendants' opposition, which related to Ms. Levinson's status as a current employee and failure to utilize any internal complaint procedures, is now moot. Ms. Levinson has voluntarily resigned from employment. As a result, Defendants respectfully request until August 28, 2025 to file the Answer to the Amended Complaint.

        Thank you for your courtesy in this regard.

Very truly yours,

*Mary A Smith*

Mary A. Smith, Esq.
(212) 545-4002
Mary.Smith@jacksonlewis.com
Jackson Lewis P.C.

cc:    Jeremiah Iadevaia, Esq., Plaintiff's Counsel (via ECF)
        Demitrios (Jimmy) Kalomiris, Esq., Plaintiff's Counsel (via ECF)