**JacksonLewis**

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

March 12, 2026

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 20B
New York, NY 10007

**Re:   Lindsay Levinson v. Lasso Marketing, Inc. et al.
        No. 1:24-CV-09202-JLR**

Dear Judge Rochon:

      We represent Defendants in the above-referenced matter. We write jointly with counsel for Plaintiff to respectfully request an extension of time to complete both fact and expert discovery to May 29, 2026. Pursuant to Section 1(F) of Your Honor's Individual Rules of Practice in Civil Cases: (1) the deadlines to complete fact and expert discovery are currently March 13, 2026 and May 1, 2026, respectively, and the parties seek to extend both deadlines to May 29, 2026, with fact and expert discovery to run concurrently; (2-3) this is the parties' third for an extension of discovery, and the previous requests were granted; and (4) counsel for Plaintiff has consented to this request.

      Good cause exists for this request for an extension of time. First, the parties have diligently pursued discovery by exchanging pre-discovery documents, serving discovery demands, and producing ESI on a rolling basis. While the parties have worked to narrow the volume of ESI, the number of documents both parties are reviewing is extensive due to the unique set of facts herein. The substantive claims of gender discrimination with respect to Plaintiff's compensation and advancement relate largely to her employment with Lasso Marketing. IQVIA Inc. acquired Lasso Marketing, Inc. in a stock purchase transaction. Lasso Marketing did not have an HRIS which would have housed personnel or employee-related documents in a single location. As a result, the bulk of substantive information is contained within the ESI of multiple custodians across two entities, with different communication and storage systems. To date, Defendants have produced over 3,800 pages of documents and are continuing to review over 30,000 documents for rolling production. Plaintiff has produced over 1,300 pages of documents.

      Second, nearly all key witnesses (former Lasso leaders and decision-makers) have left IQVIA's employment and are represented by independent counsel. The parties have had to track down and subpoena their testimony. Due to the significant ESI review and exchange, depositions have not yet been conducted. However, the parties have been working to schedule depositions in March.

**JacksonLewis**

      Third, the parties have also participated in mediation and intend to participate in a second mediation in April 2026 in an effort to resolve the matter without further litigation. The requested extension will allow the parties additional time to complete discovery and to continue good-faith efforts to resolve the case through a second mediation.

      The requested extensions allow for the completion of all discovery ahead of the presently scheduled June 1, 2026 post-discovery pretrial conference. Accordingly, this extension request would not require rescheduling that conference.

      We apologize for the delay and we would greatly appreciate your courtesy in this regard.

Very truly yours,

*Mary A. Smith*

Mary A. Smith, Esq.
(212) 545-4002
Mary.Smith@jacksonlewis.com
Jackson Lewis P.C.


cc:    Jeremiah Jospeh Iadevaia, Esq., Plaintiff's Counsel (via ECF)
        Demitrios Elias Kalomiris, Esq., Plaintiff's Counsel (via ECF)